**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 1:24-CR-00165-05** |
| **VERSUS** | **JUDGE EDWARDS** |
| **AMANDA RUDNINGEN (05)** | **MAG. JUDGE PEREZ-MONTES** |

**ORDER**

The Report and Recommendation of the Magistrate Judge having been considered,

**IT IS ORDERED** that Defendant's guilty plea is accepted, and the Court hereby adjudges Defendant, Amanda Rudningen, guilty of the offense charged in Count 1 of the Second Superseding Indictment.

THUS DONE in Chambers on this 12th day of November, 2026.

Jerry Edwards, Jr.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE